IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

GENEVIEVE COLEY                 §
    Petitioner,              §
                            §
VS.                             §     CIVIL ACTION NO.4:10-CV-830-Y
                            §
JOE KEFFER, Warden,             §
FMC-Carswell,                   §
    Respondent.              §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Genevieve Coley, along with the August 9, 2011, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until August 30 to file written objections to the findings, conclusions, and recommendation.  As of the date of this order, no written objections have been filed.[1]

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed without prejudice for lack of jurisdiction.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

---

[1]The Court's mailing of the magistrate judge's report to Genevieve Coley was returned stamped "Return to Sender-Unable to Identify," but Coley has not updated her address of record with the Court.  The address on file with the clerk of Court for petitioner Coley remains the same as when she filed the suit. Because Petitioner has failed to keep the Court apprised of her current address as required by the local rules, *see* N. D. Tex. Civ. R. 83.13 and 83.14, she has not responded to the August 9, report.

Genevieve Coley's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice for lack of jurisdiction.

SIGNED September 2, 2011.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE